H. G. BASFORD, GEORGE M. WARREN AND SAMUEL SCHER, AS CREDITORS AND DEPOSITORS OF FARMERS BANK & TRUST CO., FOR THEMSELVES AND ALL OTHER CREDITORS OF SAID FARMERS BANK & TRUST CO., SIMILARLY SITUATED, *Appellants,* v. FARMERS BANK & TRUST CO., A CORPORATION OF FLORIDA, AND ERNEST AMOS, AS COMPTROLLER OF THE STATE OF FLORIDA, INTERVENER, *Appellees.*

Division B.

Decision Filed October 12, 1927.

*Ritter & Rankin,* and *P. N. Hiatt,* for Appellants;

*Winters & Foskett & Wilcox,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the orders or decrees herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said orders or decrees; it is, therefore, considered, ordered and adjudged

by the Court that the said orders or decrees of the Circuit Court be, and the same are hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.